# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **HITEL TECHNOLOGIES LLC,**<br><br>Plaintiff<br><br>v.<br><br>**GAP, INC.**<br><br>Defendant | **Case No. 6:20-cv-01205-ADA**<br><br>**JURY TRIAL DEMANDED** |

## AMENDED COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Hitel Technologies LLC ("Hitel" or "Plaintiff") files this Complaint for patent infringement against GAP. ("GAP" or "Defendant"), and alleges as follows:

## NATURE OF THE ACTION

1. This is an action for patent infringement arising under 35 U.S.C. § 1 et seq.

## PARTIES

2. Hitel is a limited liability company organized and existing under the laws of the State of Texas with its principal place of business in 2108 Dallas Pkwy, Suite 214-1051, Plano, TX 75093.

3. Upon information and belief, GAP is a corporation organized under the laws of Delaware and has a regular and established place of business at 2432 W. Loop 340, Suite B, Waco, Texas 76711.

## JURISDICTION AND VENUE

4. This Court has original jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

5. Upon information and belief, Defendant is subject to personal jurisdiction of this Court based upon it having regularly conducted business, including the acts complained of herein, within the State of Texas and/or deriving substantial revenue from goods and services provided to individuals in Texas and in this District.

6. Venue is proper in this District under 28 U.S.C. § 1400 because Defendant has committed acts of infringement and has regular and established places of business in this judicial district.

## OVERVIEW OF THE GAP WEBSITE

7. Defendant provides for its customers use the GAP Website (https://www.gap.com) (the "Accused Website").

8. On information and belief, Defendant provides the Accused Website that provides the user the ability to search and navigate among various categories of items. For these categories the user is able to search for items using keywords using a search box.



9.  On information and belief, when searching for an item category the user may enter a keyword that does not directly match an existing category. The Accused Website then determines the requested search term is unknown.



10. On information and belief, the Accused Website then receives additional input

from the user to select the desired category and presents a response to the user based on the items in the selected category.



11.     On information and belief, the Accused Website learns the association between the unknown word and the keywords associated with the item category for which a direct relationship is formed.



## COUNT I (Infringement of U.S. Patent No. 7,689,617)

12.     Hitel incorporates the above paragraphs as though fully set forth herein.

13. Plaintiff is the owner, by assignment, of U.S. Patent No. 7,689,617 (the "'617 Patent"), entitled Dynamic Learning Navigation Systems, which issued on March 30, 2010. A copy of the '617 Patent is attached as Exhibit PX-617.

14. The '617 Patent has been assigned twice. Each assignment has been recorded with the United States Patent and Trademark Office.

https://assignment.uspto.gov/patent/index.html#/patent/search/resultAbstract?id=7689617&type=patNum

```
Assignment abstract of title for Application 11361726

Invention title/Inventor          Patent            Publication        Application
DYNAMIC LEARNING FOR              7689617           20060200442        11361726
NAVIGATION SYSTEMS                Mar 30, 2010      Sep 7, 2006        Feb 24, 2006
Prashant Parikh

Assignments (2 total)
```

15. The first assignment occurred effective on January 15, 2020 from Prashant Parikh to Monumental IP LLC.

```
Assignment 1
Reel/frame              Execution date           Date recorded
053030/0434             Jan 15, 2020             Jun 24, 2020
Conveyance
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).
Assignors                                        Correspondent
PARIKH, PRASHANT                                 MONUMENTAL IP LLC
                                                 15922 ELDORADO PKWY, SUITE 500-1712
                                                 FRISCO, TX 75035
Assignee
MONUMENTAL IP LLC
15922 ELDORADO PKWY, SUITE 500-1712
FRISCO, TEXAS 75035
```

16. The second assignment occurred effective on June 22, 2020 from Monumental IP LLC to Hitel Technologies LLC.

```
Assignment 2
Reel/frame              Execution date              Date recorded
053032/0880             Jun 22, 2020                Jun 25, 2020
Conveyance
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).
Assignors                                          Correspondent
MONUMENTAL IP LLC                                  HITEL TECHNOLOGIES LLC
                                                   2108 DALLAS PKWY, STE 214 - 1052
                                                   PLANO, TX 75093-4362
Assignee
HITEL TECHNOLOGIES LLC
2108 DALLAS PKWY, STE 214 - 1052
PLANO, TEXAS 75093-4362
```

17. At no time has Noema, Inc. been an assignee of the '617 Patent.

18. At no time has Noema, Inc. held any ownership interest in or control over the '617 Patent.

19. The '617 Patent is valid, enforceable, and was duly issued in full compliance with Title 35 of the United States Code.

20. Defendant has been and is now infringing one or more claims of the '617 Patent under 35 U.S.C. § 271 by making and using the Accused Website in the United States without authority.

21. Defendant has also infringed the '617 Patent by encouraging customers (and potential customers) to use the Accused Website to practice the claims of the '617 Patent.

22. Claim 1 recites:

> 1. A method performed in a system comprising user navigable nodes, documents attached to the user navigable nodes, keywords associated with the user navigable nodes and having search and navigation capability that allows users to move from node to node via links between the nodes and

> make selections when at individual nodes, the method comprising, at a user navigable node within the system:
>
> receiving an input from a user;
>
> determining that the input contains an unknown word;
>
> subsequent to the determining, navigating through the system to a current node from the user navigable node based upon at least one additional input from the user that was provided while at the user navigable node;
>
> presenting at least one response to the user based upon the documents attached to the current node resulting from the navigation; and
>
> following presentation of the at least one response, learning one or more associations between the unknown word and one or more keywords from the documents attached to the current node, such that a direct relationship is formed between the unknown word and the one or more keywords.

23. More particularly, Defendant infringes at least claim 1 of the '617 Patent.

24. As illustrated above, on information and belief, Defendant makes and uses the Accused Website, which comprises navigable nodes, documents attached to the user navigable nodes, keywords associated with the user navigable nodes.

25. On information and belief, the Accused Website has search and navigation capability that allows users of the website to move from node to node via links between the nodes and make selections when at individual nodes.

26. On information and belief, Defendant receives an input from a user.

27. On information and belief, Defendant determines that the input contains an unknown word.

28. On information and belief, subsequently, Defendant navigates through the system to a current node from the user navigable node based upon at least one additional input from the user that was provided while at the user navigable node.

29. On information and belief, Defendant presents at least one response to the user based upon the documents attached to the current node resulting from the navigation.

30. On information and belief, Defendant learns one or more associations between the unknown word and one or more keywords from the documents attached to the current node, such that a direct relationship is formed between the unknown word and the one or more keywords.

31. Hitel has been damaged by Defendant's infringing activities.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests the Court enter judgment against Defendant:

1. declaring that the Defendant has infringed the '617 Patent;

2. awarding Plaintiff its damages suffered as a result of Defendant's infringement of the '617 Patent;

3. awarding Plaintiff its costs, attorneys' fees, expenses, and interest; and

4. granting Plaintiff such further relief as the Court finds appropriate.

## JURY DEMAND

Plaintiff demands trial by jury, Under Fed. R. Civ. P. 38.

Dated: March 16, 2021                     Respectfully submitted,

/s/ *Raymond W. Mort, III*
Raymond W. Mort, III Texas
State Bar No. 00791308
raymort@austinlaw.com

THE MORT LAW FIRM, PLLC
100 Congress Ave, Suite 2000
Austin, Texas 78701
Tel/Fax: (512) 865-7950

ATTORNEYS FOR PLAINTIFF
HITEL TECHNOLOGIES LLC